Dismissed and Memorandum Opinion filed July 24, 2003









Dismissed and Memorandum Opinion filed July 24, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00667-CV

____________

 

DENNIS MAYNARD and CINDY MAYNARD,
Appellants

 

V.

 

OLBIN HERRERA and CARMEN HOWLEY, Appellees

 



 

On Appeal from the County Court
at Law

Washington
County, Texas

Trial
Court Cause No.
CCL3484

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 6, 2003.  On July 17, 2003, appellants filed a motion
to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 24, 2003.

Panel consists of Chief Justice
Brister and Justices Fowler and Edelman.